```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

JIMMY LEE DAVIS, #51030                                PLAINTIFF

VERSUS                        CIVIL ACTION NO. 4:09cv59-TSL-LRA

UNKNOWN REECE and NANCY WALKER                        DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the  8th   day of October, 2009.

                                /s/Tom S. Lee
                                UNITED STATES DISTRICT JUDGE